UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| ERIC D. CRUM, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  No. 3:23-cv-00236-RLY-CSW |
| | ) |
| JACK HENDRIX, | ) |
| | ) |
| Defendant. | ) |

## FINAL JUDGMENT

The court now enters **FINAL JUDGMENT**. The action is dismissed pursuant to 28 U.S.C. § 1915A(b) for failure to state a claim upon which relief may be granted.

Date:  6/03/2024

Roger A. G. Sharpe, Clerk
United States District Court

_____
By: Deputy Clerk

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distribution:

ERIC D. CRUM
1810 Graybrook Lane Apt#109
Electronic Service Participant – Court Only